ment, entered June 13, 1902, which affirmed an order of the Queens County Court dismissing writs of habeas corpus and certiorari herein and remanding the relator to the custody of the defendant.

The motion was made upon the ground that the grand jury having failed to find an indictment against the relator, the complaint against him had been dismissed.

*John B. Merrill* for motion.

*Charles S. Hayes* opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE G. DINSMORE, Respondent, *v.* H. FREMONT VANDEWATER et al., Individually and as Members of the Town Board of the Town of Hyde Park et al., Appellants.

*People ex rel. Dinsmore* v. *Vandewater,* 83 App. Div. 60, appeal dismissed. (Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 25, 1903, which affirmed an order of Special Term denying a motion to quash a writ of certiorari.

The motion was made upon the ground that the order appealed from was not appealable to the Court of Appeals.

*Edgerton L. Winthrop, Jr.,* for motion.

*Harry C. Barker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

ALICE I. BIRRELL, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

(Submitted October 5, 1903; decided October 13, 1903.)

MOTION to amend remittitur.   (See 173 N. Y. 644.)

Motion granted, without costs, and remittitur amended by adding thereto : " That in said suit or action there was drawn in question the validity of chapter 339 of the Laws of 1892, and the acts amendatory thereof, and of the authority exercised thereunder, on the ground of their being repugnant to the Constitution of the United States, and particularly to section 1 of article 14, and the amendments thereto, and of section 10 of article 1 thereof, and thereupon the decision of this Court of Appeals was and is in favor of the validity of said statute and of the authority exercised thereunder."

---

JOHN KEIRNS, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

(Submitted October 5, 1903; decided October 13, 1903.)

MOTION to amend remittitur. (See 173 N. Y. 642.)

Motion granted, without costs, and remittitur amended by adding thereto, " That in said suit or action there was drawn in question the validity of chapter 339 of the Laws of 1892 and the acts amendatory thereof, and of the authority exercised thereunder, on the ground of their being repugnant to the Constitution of the United States, and particularly to section 1 of article 14 and the amendments thereto, and of section 10 of article 1 thereof, and thereupon the decision of this Court of Appeals was and is in favor of the validity of said statute and of the authority exercised thereunder."

---

In the Matter of the Application of JOHN J. STEWART, Appellant, for a Peremptory Writ of Mandamus against FRANCIS G. WARD, as Commissioner of Public Works of the City of Buffalo, et al., Respondents.

(Submitted October 5, 1903; decided October 13, 1903.)

Motion for reargument denied, without costs. (See 173 N. Y. 608.)